IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOSEPH PATRICK DAVIS                                                                                           PLAINTIFF

v.                                              Case No. 4:23-cv-4101

SHERIFF JEFF BLACK and
JAIL ADMINISTRATOR RAMI COX                                                                       DEFENDANTS

# ORDER

Before the Court is the Report and Recommendation filed January 3, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 13. Judge Ford recommends that Plaintiff's claims against Sheriff Jeff Black be dismissed without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim upon which relief may be granted. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's claims against Sheriff Jeff Black are **DISMISSED WITHOUT PREJUDICE**. The case will proceed on Plaintiff's claims against Jail Administrator Rami Cox.

**IT IS SO ORDERED**, this 1st day of February, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge